THE SALUTATION. (Circuit Court of Appeals, Second Circuit. April 26, 1917.) No. 256. Appeal from the District Court of the United States for the Eastern District of New York. P. M. Brown, of New York City, for appellant. Herbert Green, of New York City, for appellee. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.

---

STEWART v. BOSTON & M. R. R. (Circuit Court of Appeals, First Circuit. May 1, 1917.) No. 1273. In Error to the District Court of the United States for the District of New Hampshire; Edgar Aldrich, Judge. Action by Thomas Stewart against the Boston & Maine Railroad. Judgment for plaintiff (229 Fed. 862), and defendant brings error. Reversed. Alexander Murchie, of Concord, N. H. (Hollis & Murchie, of Concord, N. H., on the brief), for plaintiff in error. Edward K. Woodworth, of Concord, N. H. (Streeter, Demond, Woodworth & Sulloway, of Concord, N. H., on the brief), for defendant in error. Before DODGE and BINGHAM, Circuit Judges, and BROWN, District Judge.

PER CURIAM. We think the question in this case is properly before us on the record, and that the District Court erred in declining to exercise its discretion and pass upon the question of fact presented by the affidavits. The judgment of the District Court is reversed, with instructions to that court to consider and pass upon the motion for a new trial in so far as it is based on the ground of newly discovered evidence, and for further proceedings not inconsistent with this opinion; and the plaintiff in error recovers his costs in this court.